vicentequinatainf

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR - 4 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VICENTE S. QUINATA,

    Defendant.

MAGISTRATE ~~CRIMINAL~~ CASE NO. **07-00012**

**INFORMATION**

**THEFT OF GOVERNMENT PROPERTY**
[18 U.S.C. §§ 641 & 2] (Count I)
**ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**
[18 U.S.C. § 1382] (Count II)

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - THEFT OF GOVERNMENT PROPERTY

Beginning on or about October 2006 and continuing up to on or about December 6, 2006, in the District of Guam, the defendant, VICENTE S. QUINATA, willfully and knowingly, did steal and purloin United States property from the Navy Exchange, Guam, of the value of less than $1,000, property of the United States, in violation of Title 18, United States Code, Sections 641 and 2.

### COUNT II - ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY

Beginning on or about October 2006 and continuing up to on or about December 6, 2006, in the District of Guam, the defendant, VICENTE QUINATA, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is,

intending to engage in conduct in violation of Title 18, United States Code, Section 641, in violation of Title18, United States Code, Section 1382.

DATED this 2 day of April, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Ryan M. Anderson
RYAN M. ANDERSON
Special Assistant U.S. Attorney

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**07-00012**

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _x_ No

Defendant Name _____VICENTE S. QUINATA_____

Alias Name _____

Address _____

_____Umatac, Guam_____

Birthdate _Xx/xx/1954_ SS# _xxx-xx-9189_ Sex _M_ Race _PI_ Nationality _Chamorro_

**RECEIVED**
APR - 4 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

SAUSA _____Ryan M. Anderson_____

**Interpreter:** _X_ No ___ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _3/30/07_    Signature of AUSA: _Ry M. And_____