IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 07-00012 |
| Plaintiff, | ) | |
| vs. | ) | |
| VICENTE S. QUINATA, | ) | **ORDER** |
| Defendant. | ) | |

The above-captioned case was inadvertently opened and assigned a magistrate case number. Accordingly, the Court hereby dismisses this case and directs the Clerk of Court to open a new case with Criminal Case No. 07-00036.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 04, 2007**